# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSANDRA MARY CODER,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,[1]<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:20-cv-0497 JLT<br><br>ORDER AWARDING ATTORNEY'S FEES AND COSTS<br><br>(Doc. 16) |

On July 27, 2021, Cassandra Mary Coder and Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees in the amount of $2,725.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $400.00 pursuant to 28 U.S.C. §1920. (Doc. 16) Accordingly, the Court **ORDERS:** Subject to the terms of the stipulation:

1. Plaintiff is **AWARDED** fees in the amount of $2,725.00; and
2. Plaintiff is **AWARDED** costs in the amount of $400.00,

IT IS SO ORDERED.

Dated: **July 28, 2021**         /s/ Jennifer L. Thurston
                                                       CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] This action was originally filed against Andrew Saul in his capacity as the Commissioner of Social Security. (*See* Doc. 1 at 1.) The Court has substituted Kilolo Kijakazi, who has since been appointed the Acting Commissioner of Social Security, as the defendant. *See* Fed. R. Civ. P. 25(d).